IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, <br>     Plaintiff, <br><br> V. <br><br> GEORGE J. AUBIN, ET AL., <br>     Defendants. | § § § § § § § § § <br><br> CIVIL ACTION NO. H-87-3352 <br> CONSOLIDATED WITH H-90-3037 |

## ORDER

Before the Magistrate Judge upon referral from the District Judge is Defendant George J. Aubin's Motion for Rehearing (Document No. 201), in which Aubin reiterates his argument that the judgment is dormant and has expired, and therefore he should not have to participate in post-judgment discovery. Having considered the motion, the response, Aubin's reply, and the docket sheet, which shows that a Final Judgment was signed in this case on December 15, 1992, but not entered until December 21, 1992 (Docket Entry No. 154), and that a writ of execution was issued on December 16, 2002 (Docket Entry No. 176), and again thereafter on October 16, 2012, it is

ORDERED that Defendant Aubin's Motion for Rehearing (Document No. 201) is DENIED. Defendant George J. Aubin shall forthwith produce to Plaintiff documents that are responsive to the Second Post-Judgment Request for Production of Documents, and provide Plaintiff's counsel with date(s) that he is available for deposition.

Signed at Houston, Texas, this 23rd day of January, 2013.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE